In the Matter of the Claim of Jack C. Jackson, Respondent, against Bethlehem Steel Company, Appellant.   Workmen's Compensation Board, Respondent.

Submitted October 2, 1950; decided October 5, 1950.

*Solon J. Stone, William M. Fay* and *Edward L. Robinson* for motion.

*Nathaniel L. Goldstein, Attorney-General (Gilbert M. Landy* and *Roy Wiedersum* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.